SK / 2

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN AND WESTERN DISTRICTS OF ARKANSAS

RE: SHERMAN MASON　　　　　　　　　　　　　　　　　　　　CASE NO: 4:06-bk-13786 T
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Chapter 13

---

ORDER REVOKING ORDER TO PAY

---

　　Comes now for consideration the matter of revocation of the Order earlier entered directing the employer of the debtor to withhold certain sums from the debtor's salary each month; and it appearing to the Court that other arrangements have been made.

　　IT IS ORDERED, that the Order previously entered directing

　　　　　　　　　　ITT TECHNICAL INSTITUTE
　　　　　　　　　　4520 S UNIVERSITY
　　　　　　　　　　LITTLE ROCK, AR  72204-7220

to withhold sums of money from the pay of the debtor should be, and hereby is revoked and the Debtor's employer should stop making payments to the Trustee.

Date: 04/01/2008　　　　　　　　　　　　　　　　　　　　　/s/ RICHARD D. TAYLOR
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Richard D. Taylor, Bankruptcy Judge

cc:　SHERMAN MASON
　　　G Gregory Niblock
　　　DAVID D. COOP